**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-2323**

———————————

In Re:  DANIEL DOYON,

                                                            Debtor.

-----------------------

MARC L. JORDAN,

                                        Plaintiff - Appellant,

            versus

GEORGE W. LIEBMANN,

                                        Defendant - Appellee,

HEIDI RICHARDSON,

                                        Creditor - Appellee,

UNITED STATES TRUSTEE FOR THE DISTRICT OF
MARYLAND,

                                        Trustee - Appellee,

            and

JOEL P. GOLDBERGER,

                                                        Trustee,

            and

DANIEL DOYON; OREGON COLLEGE SAVINGS PLAN,

                                                    Defendants.

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, Senior District Judge. (CA-04-50-WMN; BK-02-66141-SD)

Submitted: May 25, 2005                    Decided: July 6, 2005

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marc L. Jordan, JORDAN & TELL, L.L.P., Columbia, Maryland, Appellant Pro Se. Orbie R. Shively, GEORGE W. LIEBMANN, P.A., Baltimore, Maryland; Michael J. Avenatti, Prescott A. Baier, Santa Monica, California; Clarkson McDow, United States Trustee, Donald F. Walton, Acting General Counsel, Paul W. Bridenhagen, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marc L. Jordan, an attorney, appeals the district court's order affirming the bankruptcy court's order limiting his fees in the underlying bankruptcy proceeding. We have reviewed the record included on appeal, including the opinions of both courts below, as well as the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jordan v. Liebmann (In re Doyon), Nos. CA-04-50-WMN; BK-02-66141-SD (D. Md. Oct. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED